**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LAURIE SANTIAGO, an
individual, on behalf of UNITED PUBLIC
WORKERS, AFSCME, LOCAL 646, AFL-CIO,
MUTUAL AID FUND TRUST,

       Plaintiff,

vs.                                        CASE NO. 6:02-CV-669-ORL-19KRS

ALBERT A. HEWITT, an individual, and
THE HEWITT COMPANY,

       Defendants.

_____

**FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE**

The matter came before the Court on the parties' Stipulation of Dismissal and Notice of Filing of Proposed Final Judgment in the above-captioned litigation. (See Docket Numbers 40, 42, 43 and 45).

It is thereupon **ORDERED and ADJUDGED:**

1. Final Judgment is hereby entered in favor of Plaintiff against Defendant The Hewitt Company on Count Seven of the Complaint in the amount of One Million One Hundred Thousand Dollars ($1,100,000.), for which sum let execution issue.

2. It is further **ORDERED** that the Counts One through Six against both Defendants and Count Seven against Defendant Albert A. Hewitt individually shall all be **dismissed with prejudice.**

3. The Clerk shall close this case.

**DONE AND ORDERED** at Orlando, Florida, this __2nd__ day of May, 2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record